UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8608-MWF(SKx)**                                    Date:  March 24, 2023

Title         **GS Holistic, LLC v. Redondo Smoke Shop, Inc., et al.**

---

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

      A review of the docket in this action reflects that the Complaint was filed on November 25, 2022.  (Docket No. 1).  On February 16, 2023, the Court issued an Order to Show Cause re dismissal for lack of prosecution (the "OSC").  (Docket No. 10).  In response to the OSC, Plaintiff filed a Motion for Extension of Time which the Court granted.  (Docket Nos. 11 and 15).  On February 24, 2023, Plaintiff filed Proofs of Service as to Defendants Redondo Smoke Shop, Inc. dba Torrance Smoke Shop ("Redondo"), and George Talisse ("Talisse").  (Docket Nos. 12 and 13).  On March 17, 2023, Plaintiff filed a Request for Clerk to Enter Default as to Defendants Redondo and Talisse.  (Docket No. 17).  On March 20, 2023, the Clerk entered default as to Redondo and Talisse.  (Docket No. 18).

      On March 23, 2023, Defendants Redondo, Talisse and Ferras Adamo ("Adamo") filed Answers to the Complaint.  (Docket Nos. 19 and 20).  Defendant Adamo's Answer was timely filed.  However, pursuant to Fed. R. Civ. P. 6(b), Defendants Redondo and Talisse's Answers were untimely.

      The Court **ORDERS** Defendants Redondo and Talisse to show cause why their Answers should not be stricken.  In response to this Order to Show Cause, the Court will accept a stipulation by the parties to set aside the defaults as to Defendants Redondo and Talisse.  Alternatively, Defendants Redondo and Talisse may move to set aside the defaults.  *See* Fed. R. Civ. P. 55(c).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8608-MWF(SKx)**                                                    Date:  March 24, 2023

Title           **GS Holistic, LLC v. Redondo Smoke Shop, Inc., et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **APRIL 7, 2023** will result in the striking of Defendant Redondo and Talisse's Answers to the Complaint, and Plaintiff will be directed to move for default judgment.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm